1
2
3
4
5
6
7
8

9          UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA

11

12   LORRAINE FREEMAN,                    No.  1:15-cv-01031-BAM

13            Plaintiff,

                                          ORDER DIRECTING CLERK TO ISSUE
14        v.                              SUMMONS AND NEW CASE DOCUMENTS

15   COMMISSIONER OF SOCIAL
     SECURITY, CAROLYN COLVIN,
16
             Defendant.
17

18

19         Plaintiff Lorraine Freeman, proceeding in forma pauperis, filed the instant action against

20   the Commissioner of Social Security on July 6, 2015.  As Plaintiff was proceeding pro se, the

21   Court screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and found that it failed to state a

22   cognizable claim.  The Court granted Plaintiff leave to amend.  On November 2, 2015, Plaintiff

23   filed a substitution of attorney, along with a first amended complaint.  By separate order, the

24   Court has granted Plaintiff's request for substitution of attorney.

25   ///

26   ///

27   ///

28
                                         1

1        Accordingly, having considered the first amended complaint, IT IS HEREBY ORDERED

2   THAT the Clerk of Court is DIRECTED to issue the following:

3                    a.        Summons; and

4                    b.        New Social Security Case Documents.

5

6   IT IS SO ORDERED.

7        Dated:   __**November 3, 2015**__                    ____/s/ *Barbara A. McAuliffe*____

8                                                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28