**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LORRAINE FREEMAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORRAINE FREEMAN,** | No.   1:15-cv-01031-BAM |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE CONFIDENTIAL BRIEF** |
| **v.** | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file her confidential settlement brief is extended to May 30, 2016.

Dated: May 23, 2016              */s/   Jesse S. Kaplan*
                                 JESSE S. KAPLAN
                                 Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Counsel, Region IX
Social Security Administration

Dated: May 23, 2016         /s/ per e-mail authorization

Sharon Lahey
Special Assistant U.S. Attorney
Attorney for Defendant

### ORDER

On May 23, 2016, the parties filed a stipulation for Plaintiff to have an extension of time to submit a confidential brief. (Doc. 18). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 14 at 4), and this is the first extension requested by the parties. Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's request for an extension of time is GRANTED.

2. Plaintiff SHALL serve a confidential letter brief on or before May 30, 2016.

IT IS SO ORDERED.

Dated:   **May 23, 2016**                    /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE