**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LORRAINE FREEMAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| LORRAINE FREEMAN, | No.   1:15-CV-01031-BAM(SS) |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 7, 2016.

   This is a first extension, but the brief is overdue.

Dated:  August 22, 2016                                /s/     *Jesse S. Kaplan*
                                                       JESSE S. KAPLAN
                                                       Attorney for Plaintiff



                                                       BENJAMIN B. WAGNER
                                                       United States Attorney
                                                       DEBORAH LEE STACHEL
                                                       Acting Regional Counsel, Region IX
                                                       Social Security Administration


Dated:  August 22, 2016                                  */s/ per e-mail authorization*

                                                       SHARON LAHEY
                                                       Special Assistant U.S. Attorney
                                                       Attorney for Defendant



### ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including September 7, 2016, in which to file Plaintiff's opening brief; and that all other deadlines set forth in the November 4, 2015 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **August 25, 2016**                            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE