**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LORRAINE FREEMAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **LORRAINE FREEMAN,** | No.   1:15-CV-01031-BAM(SS) |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR SECOND EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 9, 2016.

This is a second extension, but of only two days, and is caused by plaintiff's counsel

having multiple personal and other appointments on September 6 and 7.

Dated:  September 6, 2016              /s/    *Jesse S. Kaplan*
                                       JESSE S. KAPLAN
                                       Attorney for Plaintiff


                                       PHILLIP A. TALBERT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Acting Regional Counsel, Region IX
                                       Social Security Administration

Dated:  September 6, 2016                */s/ per e-mail authorization*

                                       SHARON LAHEY
                                       Special Assistant U.S. Attorney
                                       Attorney for Defendant


## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a second extension of time to September 9, 2016, in which to file Plaintiff's opening brief; and that all other deadlines set forth in the November 4, 2015 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

   Dated:   **September 7, 2016**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE