# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE FREEMAN,<br><br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>    Defendant. | Case No.: 1:15-cv-1031-BAM<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until November 9, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the November 4, 2015 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: __October 27, 2016__        /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE