PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LORRAINE FREEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>    Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-CV-01031-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

   IT IS HEREBY STIPULATED, by and between Lorraine Freeman (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto. This is the second extension of time requested by the Defendant and the fifth extension of time requested in the above-captioned matter.  The current deadline is November 9, 2016 and the new deadline would be December 9, 2016.  The deadline for any reply thereto would be December 23, 2016.  Defendant requests this addition time so that she may continue to consider the possible settlement of this matter.

STIPULATION                                                                                     CASE NO.: 1:15-CV-01031-BAM

The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated:  November 8, 2016        JESSE S. KAPLAN ATTORNEY AT LAW

                                              By:  /s/ *Jesse S. Kaplan**
                                              JESSE S. KAPLAN
                                              (*As authorized by e-mail on November 8, 2016)
                                              Attorneys for Plaintiff

Dated:  November 8, 2016        PHILLIP A. TALBERT
                                              Acting United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                              By:  /s/  *Sharon Lahey*
                                              SHARON LAHEY
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until December 9, 2016, in which to file an Opposition to Plaintiff's Opening Brief; Plaintiff shall file a reply, if any, on or before December 23, 2016 and that all other deadlines set forth in the November 4, 2015 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

    Dated:  **November 9, 2016**                /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE