| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | Acting United States Attorney<br>DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
| 4 | Social Security Administration<br>SHARON LAHEY (CBSN 263027) |
| 5 | Special Assistant United States Attorney<br>160 Spear Street, Suite 800 |
| 6 | San Francisco, California 94105 |
| 7 | Telephone: (415) 977-8963<br>Facsimile (415) 744-0134 |
| 8 | E-Mail: sharon.lahey@ssa.com |
| 9 | Attorneys for DEFENDANT |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| LORRAINE FREEMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>  Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-CV-01031-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between Lorraine Freeman (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto. This is the third extension of time requested by the Defendant and the sixth extension of time requested in the above-captioned matter. The current deadline is December 12, 2016 and the new deadline would be January 12, 2017. The deadline for any reply thereto would be January 26, 2017. Defense counsel requests this additional time so that she may continue to consider the

possible settlement of this matter without further briefing by the parties.  The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated:  December 7, 2016        JESSE S. KAPLAN ATTORNEY AT LAW

                                      By:  /s/ *Jesse S. Kaplan*\*
                                      JESSE S. KAPLAN
                                      (*As authorized by e-mail on December 6, 2016)
                                      Attorneys for Plaintiff

Dated:  December 7, 2016        PHILLIP A. TALBERT
                                      Acting United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      By:  /s/  *Sharon Lahey*
                                      SHARON LAHEY
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

## **ORDER**

The Court has reviewed this agreement and adopts the stipulation.  Defendant shall file her response to Plaintiff's motion for summary judgment on or before January 12, 2017. Plaintiff shall file any reply thereto on or before January 26, 2017. All other deadlines in the Court's Scheduling Order shall be modified accordingly.  Defendant is advised that this is her third <u>and final</u> extension in this matter.

IT IS SO ORDERED.

   Dated:  **December 7, 2016**               /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28